UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
Eastern Division

| | |
|---|---|
| AMC REGISTRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | ) ) ) ) ) Case No. C2 05 0044 ) Judge Watson ) Magistrate Judge Kemp ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a) and (c) and the settlement agreement between the parties, Plaintiff AMC Registry, Inc. ("AMC") and Defendant General Electric Company ("General Electric"), by and through their respective undersigned counsel, DISMISS WITH PREJUDICE the following: (a) AMC's Complaint and First Amended Complaint against General Electric, and (b) General Electric's Counterclaims against AMC. Each side shall bear its own costs and fees incurred as part of this lawsuit.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

/s/ Charna E. Sherman
Charna E. Sherman (0045862)
4900 Key Tower
127 Public Square
Cleveland, OH  44114-1304

John R. Gall, Trial Attorney (0011813)
Philomena M. Dane (0044064)
1300 Huntington Center
41 South High Street
Columbus, OH  43215-6197

COOPER AND ELLIOTT, LLC

/s/ Charles H. Cooper, Jr.
Charles H. Cooper, Jr. (0037295)
Rex H. Elliot (0054054)
2175 Riverside Drive
Columbus, OH  43221

*Counsel for Defendant
AMC Registry, Inc.*

Donnie L. Kidd, Jr. (pro hac vice)
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182-2700

*Counsel for Defendant*
*General Electric Company*

SO ORDERED:

_____      _____, 2008
UNITED STATES DISTRICT JUDGE           DATE